No. 96–8885.  PAULUS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 96–8887.  AYBAR *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 96–8888.  ZACKARY *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–8889.  TARRANT *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 96–8895.  TRIPLETT *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 96–8898.  CHILDRESS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–8902.  HENSON *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 96–8903.  HART *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 96–8906.  COBB *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 96–8907.  COLLEY *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–8910.  VELAZQUEZ-MEDINA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–8913.  MYERS *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 96–8914.  KESHISHIAN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–8917.  OKOLI *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–8920.  FREISINGER *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 96–8921.  DURHAM *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.